**BROTHER RECORDS, INC.,
a California corporation,
Plaintiff–Appellant,**

**v.**

**Bradley S. ELLIOTT, Defendant,**

**and**

**Bruce Morgan, individually and d/b/a
Deck Records, Defendant–
Appellee.**

**No. 06–56401.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 8, 2008.*

Filed May 1, 2008.

Edwin F. McPherson, Esq., McPherson
and Kalmansohn, David B. Parker, Esq.,
Michael K. Zweig, Esq., Parker Mills Mo-
rin, LLP, Los Angeles, CA, Philip H. Still-
man, Flynn & Stillman, Cardiff, CA, for
Plaintiff–Appellant.

Kenneth A. Feinswog, Esq., Kenneth A.
Feinswog Law Offices, Los Angeles, CA,
for Defendant.

Allen Hyman, Esq., Law Offices of Allen
Hyman, North Hollywood, CA, for Defen-
dant–Appellee.

---

\* The panel unanimously finds this case suitable
  for decision without oral argument. *See* Fed.
  R.App. P. 34(a)(2).

Before: KOZINSKI, Chief Judge,
O'SCANNLAIN, and W. FLETCHER,
Circuit Judges.

MEMORANDUM **

In light of this court's decision in *Mor-
gan v. Wilson,* Nos. 06–55825, 06–55841,
2008 WL 1924943, we **vacate** and **remand**
for recalculation of attorneys fees.

---

\*\* This disposition is not appropriate for publi-
  cation and is not precedent except as provid-
  ed by 9th Cir. R. 36–3.